ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| US Pan American Solutions, LLC | ) ASBCA No. 64182 |
| | ) |
| Under Contract No. W912CN-22-P-0117 | ) |

APPEARANCE FOR THE APPELLANT:       Mr. Jorge DelPino
                                                              Vice President

APPEARANCES FOR THE GOVERNMENT:   Dana J. Chase, Esq.
                                                                    Army Chief Trial Attorney
                                                                    MAJ Joseph A. Seaton, JA
                                                                    Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: July 28, 2025

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64182, Appeal of US Pan American Solutions, LLC, rendered in conformance with the Board's Charter.

Dated: July 28, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals